IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY ROLLO,

     Petitioner,                      No. CIV S-07-2421 GEB DAD P

     vs.

R. SUBIA, et al.,

     Respondents.         <u>ORDER</u>

_____/

     Petitioner, a state prisoner at Mule Creek State Prison, is proceeding pro se and has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis. Petitioner challenges the October 2006 decision of the Board of Parole Hearings to deny petitioner parole.

     Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. <u>See</u> 28 U.S.C. § 1915(a).

     Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's habeas petition.

     Petitioner has also requested the appointment of counsel, an evidentiary hearing be held, and that judicial notice be taken of his attached state court petitions, state court

1  dispositions, and a 2007 Santa Clara County Superior Court decision in the case of <u>In re Arthur
2  Criscione</u>, wherein the court granted the habeas petition and ordered a new parole hearing.
3        As to petitioner's request for appointment of counsel, there currently exists no
4  absolute right to appointment of counsel in habeas proceedings.  <u>See</u> <u>Nevius v. Sumner</u>, 105 F.3d
5  453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at
6  any stage of the case "if the interests of justice so require."  <u>See</u> Rule 8(c), Fed. R. Governing
7  § 2254 Cases.  In the present case, the court does not find that the interests of justice would be
8  served by the appointment of counsel at the present time.
9        Petitioner's request for an evidentiary hearing will be denied as premature and
10 without prejudice.  Petitioner has not explained why an evidentiary hearing is necessary in this
11 case and fails to satisfy the requirements set forth at 28 U.S.C. § 2254(e)(2).
12       Lastly, petitioner's request for judicial notice will be denied without prejudice.
13 Petitioner has not explained what fact he is attempting to establish by the attached documents or
14 why they are the proper subject of judicial notice.
15       In accordance with the above, IT IS HEREBY ORDERED that:
16       1.  Petitioner's application to proceed in forma pauperis is granted;
17       2.  Respondents are directed to file a response to petitioner's habeas petition
18 within thirty days from the date of this order.  <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases.  An
19 answer shall be accompanied by all transcripts and other documents relevant to the issues
20 presented in the petition.  <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;
21       3.  If the response to the habeas petition is an answer, petitioner's reply, if any,
22 shall be filed and served within thirty days after service of the answer;
23       4.  If the response to the habeas petition is a motion, petitioner's opposition or
24 statement of non-opposition to the motion shall be filed and served within thirty days after
25 service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days
26 thereafter;

5. The Clerk of the Court shall serve a copy of this order together with a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General; and

6. Petitioner's November 9, 2007 request for appointment of counsel, request for an evidentiary hearing, and request for judicial notice are denied without prejudice.

DATED: November 14, 2007.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:cm/4
roll2421.100+