IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY ROLLO,

    Petitioner,                        No. CIV S-07-2421 GEB DAD P

    vs.

R. SUBIA, et al.,

    Respondents.                  ORDER

_____/

    Petitioner has requested an extension of time to file a traverse pursuant to the court's order of November 15, 2007.  Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's January 22, 2008 motion for an extension of time is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file a traverse.

DATED: January 29, 2008.

                                     /s/ Dale A. Drozd
                                     DALE A. DROZD
                                     UNITED STATES MAGISTRATE JUDGE

DAD:bb
poll2421.111t