# United States District Court
# Eastern District of California

| | |
|---|---|
| GARY ROLLO, | CV 07-2421 TJH |
|         Petitioner, | |
|   v. | |
| SUBIA, *et al.*, | Order |
|         Respondent. | |

The court has considered the petitioner's motion for appointment of counsel on appeal filed on August 25, 2010.

It is Ordered that the motion be, and hereby is, Denied.

Date:   January 14, 2011

_____
Terry J. Hatter, Jr.
Senior United States District Judge